THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, v. EGBURT E. WOODBURY and Others, Constituting the State Board of Tax Commissioners, Appellants.  (City of Troy, Special Franchise Taxes Year 1908.) — Motion for leave to appeal to Court of Appeals granted.

FLORENCE D. Van RENSSELAER, Respondent, v. JOHN D. CHISM and CLEMENTINA S. CHISM, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

CHARLES EDWARD VOSBURY, Appellant, v. SOUTHERN TIER PUBLISHING COMPANY, Respondent.— Judgment reversed, with costs, and demurrer overruled, with costs, with leave to the defendant, within twenty days, to answer upon payment of such costs, on the authority of *Vosbury* v. *Utica Daily Press Co.* (183 App. Div. 769). All concurred, except John M. Kellogg, P. J., dissenting; Lyon, J., not sitting.

GEORGE WORTZ, Appellant, v. EDWARD L. HARTER, Respondent.— Motion denied; the attorney for the appellant being dead, notice should have been served upon the client.

GRANT WARNER, as Administrator, etc., of LEMUEL H. WARNER, Deceased, Respondent, v. EMIL C. ROSCHE and JOHN F. ROSCHE, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent.  In the Matter of the Claim of MICHAEL BIANC, Employee, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Motion granted.

Before STATE INDUSTRIAL COMMISSION, Respondent.  In the Matter of the Claim of ELIZABETH VAUGHN, Respondent, for Compensation, etc., v. CLARK KNITTING COMPANY, INC., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion granted.

Before STATE INDUSTRIAL COMMISSION, Respondent.  In the Matter of the Claim of GEORGE SWEETING, Respondent, for Compensation, etc., v. AMERICAN KNIFE COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion granted.

ARTHUR W. BAKER, Respondent, v. E. C. McKALLOR DRUG Co., Appellant.— Judgment and order unanimously affirmed, with costs.